| **Fill in this information to identify the case:** |
|---|
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known): _____   Chapter **11** |

☐ Check if this is an amended filing

Official Form 201

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**  
   Windsor at 82nd for Pinewood, LLC

2. **All other names debtor used in the last 8 years**  
   dba Timber Creek; dba Windsor Pointe Apartments
   
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  
   8 6 – 2 5 0 9 3 3 0

4. **Debtor's address**

   **Principal place of business**  
   **330 Madeline Lane**  
   Number   Street  
   
   **Burleson**   **TX**   **76028**  
   City   State   ZIP Code  
   
   **Tarrant**  
   County

   **Mailing address, if different from principal place of business**  
   Number   Street  
   
   P.O. Box  
   
   City   State   ZIP Code  
   
   **Location of principal assets, if different from principal place of business**  
   
   **1500 Stout Drive**  
   Number   Street  
   
   **Elk City**   **OK**   **73644**  
   City   State   ZIP Code

5. **Debtor's website (URL)**   https://windsorpoint.live/

6. **Type of debtor**  
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Debtor **Windsor at 82nd for Pinewood, LLC** _____  Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. Check all that apply:

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

**5 3 1 1**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. Check all that apply:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

Debtor **Windsor at 82nd for Pinewood, LLC** _____    Case number (if known) _____

| | | | |
|---|---|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes. District _____ When ___/___/____ Case number _____<br>District _____ When ___/___/____ Case number _____<br>District _____ When ___/___/____ Case number _____ | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☑ Yes.  Debtor **See attached list**  Relationship _____
District _____  When ___/___/____
Case number, if known _____

Debtor _____  Relationship _____
District _____  When ___/___/____
Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**  *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number  Street
_____
_____    _____  _____
City                    State   ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor **Windsor at 82nd for Pinewood, LLC**  Case number (if known) _____

### Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*
- ☑ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/05/2022**
MM / DD / YYYY

X **/s/ Bo Fontana**
Signature of authorized representative of debtor
**Bo Fontana**
Printed name
**Managing Member**
Title

Related Bankruptcies

Buffalo Station, LLC
U.S. Bankruptcy Court, Northern District of Texas, Fort Worth Division
Case No. 22-42943-11
Judge Edward L. Morris

Premier 82, LLC
U.S. Bankruptcy Court, Northern District of Texas, Fort Worth Division
Case No. 22-42944-11
Judge Edward L. Morris

Remington Station, LLC
U.S. Bankruptcy Court, Northern District of Texas, Fort Worth Division
Case No. 22-42945-11
Judge Edward L. Morris

Ventura Heights, LLC
U.S. Bankruptcy Court, Northern District of Texas, Fort Worth Division
Case No. 22-42948-11
Judge Mark X. Mullin

Windsor at 82nd for Pinewood, LLC
U.S. Bankruptcy Court, Northern District of Texas, Fort Worth Division
Case No.
Judge

Debtor **Windsor at 82nd for Pinewood, LLC**     Case number (if known) _____

| | | |
|---|---|---|
| **18. Signature of attorney** | **X /s/ Joyce W. Lindauer** <br> Signature of attorney for debtor | Date **12/05/2022** <br> MM / DD / YYYY |

**Joyce W. Lindauer**
Printed name

**Joyce Lindauer**
Firm name

**Joyce W. Lindauer Attorney, PLLC**
Number    Street

**1412 Main Street, Suite 500**

**Dallas**     **TX**     **75202**
City     State     ZIP Code

**(972) 503-4033**     **joyce@joycelindauer.com**
Contact phone     Email address

**21555700**     **TX**
Bar number     State

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Windsor at 82nd for Pinewood, LLC**    CASE NO

CHAPTER **11**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date 12/5/2022    Signature /s/ Bo Fontana
*Bo Fontana*
*Managing Member*

Date _____    Signature _____

3MC Investments
1524 January Lane
Ponder, TX 76259


Ace Home Center
1210 S. Main
Elk City, OK 73644


AT's Heating and Air
610 Jaycee Industrial Blvd
Clinton, OK 73601


Attorney General of Texas
Bankruptcy Div
PO Box 12548
Austin, TX 78711-2548


Beckham County Record
P.O. Box 361
Sayre, OK 73662


Comptroller of Public Accts
Revenue Acctg Div Bankruptcy Sec
PO Box 13528
Austin, TX 78711


Culver Electric
P.O. Box 427
Elk City, OK 73644


D&G Trash Hauling
18907 Highway 33
Cheyenne, OK 73628


Daniel V. Carsey
Bancfirst Tower
100 N Broadway Ste 2900
Oklahoma City, OK 73102

```
David R. Payne
119 North Robinson Avenue, Suite 400
Oklahoma City, OK  73102


Davis Printing
P.O. Box 867
Elk City, OK 73648


Days Pest Control
P.O. Box 1602
Elk City, OK 73648


Diamond Bright
315 S. 4th Street
Clinton, OK 73601


DJ's Rentals and Sales
911 S. Main Street
Elk City, OK 73644


El Lider
8350 Moberly Lane
Dallas TX  75227


Elk City Daily News
109 W Broadway Ave
Elk City, OK 73644


Express Employment
8516 NW Expressway
Oklahoma City, OK 73162


Fedex Freight
P.O. Box 10306
Palatine, IL 60055
```

```
HD Supply
P.O. Box 509058
San Diego, CA 92150


Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas  75242


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


KD's Firesweep Services
914 N. 6th Street
Thomas, OK 73669


Merrifield Office Supply
224 South Main
Elk City, OK 73644


Paragon Communications (KECO)
220 S. Pioneer
Elk City, OK 73644


Revere Tactical Opportunities TRS, LLC
5910 N. Central Expressway, Suite 1600
Dallas, Texas 75206


Sandusky Plumbing
P.O. Box 173
Canute, OK 73626


Sherwin Williams
1222 W 3rd Street
Elk City, OK 73644
```

```
Slaughterback Heat and Air
215 East Main
Cordell, OK 73632



Staples
500 Staples Dr
Framingham, MA 01702



Tito's Roofing
1312 Prairie Chief
Clinton, OK 73601



U. S. Trustee's Office
1100 Commerce Street
Room 976
Dallas, TX 75242


US Attny. General
10th and Constitution Ave.,NW
Main Justice Bldg. Rm. 5111
Washington, DC 20530


Wisdom Refridgeration
10121 OK-54
Weatherford, OK 73096
```